FILED
IN COURT
CHARLOTTE, N. C.

FEB 28 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:05cr384 |
| ) | |
| v. ) | **SUPERSEDING BILL OF** |
| ) | **INDICTMENT** |
| JAVED KASHMARY, ) | |
| NAHEED KASHMARY, ) | |
| MOHAMMAD SAEED KHAN ) | |
| ) | |

### THE GRAND JURY CHARGES:

#### COUNT ONE

From on or about March 10, 2005, until on or about November 1, 2005, within the Western District of North Carolina, the defendants

JAVED AKHTAR KASHMARY
and
MOHAMMAD SAEED KHAN

conspired and agreed with each other to knowingly transfer, in and affecting interstate commerce, an identification document, to wit, a driver's license, knowing that such driver's license was produced without lawful authority, in violation of Title 18, United States Code, Section 1028(a)(2).

#### MANNER AND MEANS OF CONSPIRACY

The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

1. By JAVED AKHTAR KASHMARY meeting with a person known to the grand jury (hereinafter referred to as "known person") on several occasions in February and March of 2005, and telling known person that he was interested in obtaining fraudulent identification documents.

2. By JAVED AKHTAR KASHMARY telling known person that he knew of about forty individuals who would be interested in purchasing fraudulently produced driver's licenses from known person.

**DOCUMENT SCANNED**

3. By JAVED AKHTAR KASHMARY providing known person with the driver's license number of MOHAMMAD SAEED KHAN, and agreeing to pay known person $300.00 for the renewal of MOHAMMAD SAEED KHAN's driver's license.

### OVERT ACTS IN FURTHERANCE OF CONSPIRACY

In furtherance of the conspiracy and to promote its objects, the defendants did, in Mecklenburg County, within the Western District of North Carolina, commit the following overt acts during the course of the conspiracy:

1. On or about March 10, 2005, JAVED AKHTAR KASHMARY met with known person and MOHAMMAD SAEED KHAN at JAVED AKHTAR KASHMARY's taxi cab office, and paid known person $300.00 for a driver's license in MOHAMMAD SAEED KHAN's name that known person produced for JAVED AKHTAR KASHMARY.

2. On or about March 10, 2005, JAVED AKHTAR KASHMARY met with known person and MOHAMMAD SAEED KHAN at JAVED AKHTAR KASHMARY's taxi cab office, and gave the driver's license known person had produced to MOHAMMAD SAEED KHAN.

All in violation of Title 18, U.S.C. § 1028 (f).

### COUNT TWO

From on or about April 22, 2003, until on or about May 19, 2003, in Mecklenberg County, within the Western District of North Carolina, and elsewhere,

NAHEED AKHTAR KASHMARY

did knowingly and unlawfully, and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structure and attempt to structure transactions with a domestic financial institution, in

violation of Title 31, United States Code, Section 5324(a)(3) and Title 31 Code of Federal Regulations, Section 103.11.

## COUNT THREE

From on or about January 2003, until on or about December 31st, 2003, in Mecklenberg County, within the Western District of North Carolina, and elsewhere,

### NAHEED AKHTAR KASHMARY

who during the calendar year 2003 had a financial interest in and signature and other authority over a financial account in a foreign country, which account during 2003 exceeded ten thousand dollars in aggregate value, knowingly and willfully in Mecklenberg County, within the Western District of North Carolina, and elsewhere, failed to file a report of the same on or about June 30, 2004, as required by Title 31 United States Code Section 5314 and by 31 Code of Federal Regulations, Sections 103.24 and 103.27(c), regulations adopted pursuant to Title 31,United States Code, Section 5314.

All in violation of 31 United States Code, Sections 5314 and 5322(a); and 31 Code of Federal Regulations, Sections 103.24 and 103.27(c).

_____
FOREPERSON

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

_____
D. SCOTT BROYLES
ASSISTANT UNITED STATES ATTORNEY

_____
CRAIG D. RANDALL
ASSISTANT UNITED STATES ATTORNEY